## STATE OF CONNECTICUT *v.* CHARLIE SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 297 (AC 15914), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 25, 1997

## AMERICAN ENVIRONMENTAL TECHNOLOGIES, INC. *v.* PETER A. BRAY

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 902 (AC 16234), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Norton P. Feinstein,* in support of the petition.

*Daniel W. O'Grady,* in opposition.

Decided June 25, 1997